UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

COLLABORATION BETTERS THE WORLD, INC., a Canadian Corporation,

    Plaintiff,

v.                      Case No:  2:23-cv-131-JES-KCD

THE HERTZ CORPORATION, a Delaware Corporation,

    Defendant.

_____

**ORDER**

This matter comes before the Court on the parties' Joint Stipulation of Dismissal With Prejudice (Doc. #45) filed on May 14, 2024. The parties have agreed to the dismissal of the Second Amended Complaint (Doc. #34) and the Counterclaim (Doc. #11) with prejudice in their entirety, and a case is deemed dismissed upon the filing of such a stipulation. <u>Anago Franchising, Inc. v. Shaz, LLC</u>, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

**DONE and ORDERED** at Fort Myers, Florida, this __14th__ day of May 2024.

_/s/ John E. Steele_
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record